**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY BROWN** | ) | **CASE NO.:** |
| | ) | |
| Plaintiff, | ) | **JUDGE:** |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF EAST CLEVELAND,** *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| , | ) | **NOTICE OF REMOVAL** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO**

1.      On April 1, 2020, Plaintiff Jeffrey Brown filed an original Complaint against the City of East Cleveland, *et al.* in Cuyahoga County Ohio Common Pleas Court, Case No. 20-931724.

2.      On April 22, 2020, City of East Cleveland, *et al.* received a service copy of Plaintiffs Complaint Exhibit A.

3.      On May 5, 2020 Defendants filed a Motion to Dismiss or in Alternative Summary Judgment.

4.      **WHEREFORE,** Defendants, pray that the case presently pending in the Cuyahoga County Common Pleas Court be removed to this Court and proceed herein according to law.

Respectfully submitted,

**CITY OF EAST CLEVELAND**

*/s/ Willa M. Hemmons*
**WILLA M HEMMONS (0041790)**
Director of Law
14340 Euclid Avenue
East Cleveland, Ohio 44112
(216) 681-2393 (office)
(216) 681-2199 (facsimile)
whemmons@eastcleveland.org

*Attorney for Defendant City of East Cleveland, the East Cleveland Police Department and East Cleveland Police Officer Mark Allen*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of May, 2020 the foregoing *Notice of Removal* was filed with this Court; and that by operation of the Court's automatic notification system a copy of this filing may be accessed by all registered parties.  The undersigned further certifies that a true and accurate copy of the foregoing Notice of Removal has on this 22nd May, 2020 been served by regular, U.S. mail, postage prepaid upon the following parties:

Jeffrey Brown
21 Lexington Square
Euclid, Ohio 44143

*/s/ Willa M. Hemmons*
**WILLA M HEMMONS (0041790)**
Director of Law