Print

# CASE INFORMATION

## CV-20-931724 JEFFREY BROWN vs. CITY OF EAST CLEVELAND ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| | P1 | SF | DEPOSIT AMOUNT PAID 0 | |
| 05/22/2020 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR ABC & XYZ INSURANCE CARRIERS PROVIDING OCCURENCE COVERAGE FOR POLICE 05/22/2020 17:04:14 | |
| 05/22/2020 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR CITY OF EAST CLEVELAND LAW ENFORCEMENT AGENT JOHN DOE 2 05/22/2020 17:04:13 | |
| 05/22/2020 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR CITY OF EAST CLEVELAND LAW ENFORCEMENT AGENT JOHN DOE 1 05/22/2020 17:04:13 | |
| 05/22/2020 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR FORMER CITY OF EAST CLEVELAND NARCOTICS DETECTIVE ANTONIO MALONE, 05/22/2020 17:04:13 | |
| 05/22/2020 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR FORMER CITY OF EAST CLEVELAND SERGEANT TORRIS MOORE, 05/22/2020 17:04:13 | |
| 05/22/2020 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR BROWN/JEFFREY/ 05/22/2020 17:04:13 | |
| 05/22/2020 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR HEMMONS/WILLA/M 05/22/2020 17:04:13 | |
| 05/22/2020 | N/A | SC | CMC BY PHONE SET FOR 06/16/2020 AT 09:30 AM. PLAINTIFF'S COUNSEL SHALL INITIATE CONFERENCE CALL AND CONTACT THE COURT AT (216) 443-8692 OR 8687. PARTIES SHALL BE PREPARED TO DISCUSS DISCOVERY AND SCHEDULING MATTERS. | |
| 05/13/2020 | P1 | MO | MOTION FOR EXTENSION OF TIME | 📄 |
| 05/05/2020 | D | MO | MOTION TO DISMISS FILED DEFENDANTS' MOTION TO DISMISS OR IN ALTERNATIVE SUMMARY JUDGMENT | 📄 |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574248 DELIVERED BY USPS 04/14/2020 CITY OF EAST CLEVELAND POLICE DEPARTMENT PROCESSED BY COC 04/22/2020. | |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574207 DELIVERED BY USPS 04/14/2020 ABC & XYZ INSURANCE CARRIERS PROVIDING OCCURENCE COVERAGE FOR POLICE PROCESSED BY COC 04/22/2020. | |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574206 DELIVERED BY USPS 04/14/2020 CITY OF EAST CLEVELAND LAW ENFORCEMENT AGENT JOHN DOE 2 PROCESSED BY COC 04/22/2020. | |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574205 DELIVERED BY USPS 04/14/2020 CITY OF EAST CLEVELAND LAW ENFORCEMENT AGENT JOHN DOE 1 PROCESSED BY COC 04/22/2020. | |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574204 DELIVERED BY USPS 04/15/2020 FORMER CITY OF EAST CLEVELAND NARCOTICS DETECTIVE ANTONIO MALONE, PROCESSED BY COC 04/22/2020. | |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574203 DELIVERED BY USPS 04/13/2020 FORMER CITY OF EAST CLEVELAND SERGEANT TORRIS MOORE, PROCESSED BY COC 04/22/2020. | |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574202 DELIVERED BY USPS 04/14/2020 CITY OF EAST CLEVELAND NARCOTICS DETECTIVE MARK ALLEN PROCESSED BY COC 04/22/2020. | |
| 04/22/2020 | N/A | SR | USPS RECEIPT NO. 41574201 DELIVERED BY USPS 04/14/2020 CITY OF EAST CLEVELAND PROCESSED BY COC 04/22/2020. | |
| 04/08/2020 | D2 | CS | WRIT FEE | |

| Date | Party | Type | Description |
|---|---|---|---|
| 04/08/2020 | D2 | SR | SUMS COMPLAINT(41574248) SENT BY CERTIFIED MAIL. TO: CITY OF EAST CLEVELAND POLICE DEPARTMENT 14340 EUCLID AVE EAST CLEVELAND, OH 44112-0000 |
| 04/08/2020 | D7 | CS | WRIT FEE |
| 04/08/2020 | D7 | SR | SUMS COMPLAINT(41574207) SENT BY CERTIFIED MAIL. TO: ABC & XYZ INSURANCE CARRIERS PROVIDING OCCURENCE COVERAGE FOR POLICE 14340 EUCID AVE EAST CLEVELAND, OH 44112-0000 |
| 04/08/2020 | D6 | CS | WRIT FEE |
| 04/08/2020 | D6 | SR | SUMS COMPLAINT(41574206) SENT BY CERTIFIED MAIL. TO: CITY OF EAST CLEVELAND LAW ENFORCEMENT AGENT JOHN DOE 2 14340 EUCLID AVE CLEVELAND, OH 44112-0000 |
| 04/08/2020 | D5 | CS | WRIT FEE |
| 04/08/2020 | D5 | SR | SUMS COMPLAINT(41574205) SENT BY CERTIFIED MAIL. TO: CITY OF EAST CLEVELAND LAW ENFORCEMENT AGENT JOHN DOE 1 14340 EUCLID AVE EAST CLEVELAND, OH 44112-0000 |
| 04/08/2020 | D4 | CS | WRIT FEE |
| 04/08/2020 | D4 | SR | SUMS COMPLAINT(41574204) SENT BY CERTIFIED MAIL. TO: FORMER CITY OF EAST CLEVELAND NARCOTICS DETECTIVE ANTONIO MALONE, FCI DANBURY FEDERAL CORRECTIONAL RT 37 DANBURY, CT 06881-0000 |
| 04/08/2020 | D3 | CS | WRIT FEE |
| 04/08/2020 | D3 | SR | SUMS COMPLAINT(41574203) SENT BY CERTIFIED MAIL. TO: FORMER CITY OF EAST CLEVELAND SERGEANT TORRIS MOORE, FMC CARSWELL FEDERAL MEDICAL CENTER FORT WONH, TX 76127-0000 |
| 04/08/2020 | D2 | CS | WRIT FEE |
| 04/08/2020 | D2 | SR | SUMS COMPLAINT(41574202) SENT BY CERTIFIED MAIL. TO: CITY OF EAST CLEVELAND NARCOTICS DETECTIVE MARK ALLEN 14340 EUCLID AVE EAST CLEVELAND, OH 44112-0000 |
| 04/08/2020 | D1 | CS | WRIT FEE |
| 04/08/2020 | D1 | SR | SUMS COMPLAINT(41574201) SENT BY CERTIFIED MAIL. TO: CITY OF EAST CLEVELAND 14340 EUCLID AVENUE EAST CLEVELAND, OH 44112-0000 |
| 04/07/2020 | P1 | AF | POVERTY AFFIDAVIT, FILED |
| 04/07/2020 | P1 | SR | COMPLAINT FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). |
| 04/07/2020 | N/A | SF | JUDGE NANCY A FUERST ASSIGNED (RANDOM) |
| 04/07/2020 | P1 | SF | LEGAL RESEARCH |
| 04/07/2020 | P1 | SF | LEGAL AID |
| 04/07/2020 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 04/07/2020 | P1 | SF | COMPUTER FEE |
| 04/07/2020 | P1 | SF | CLERK'S FEE |
| 04/07/2020 | P1 | SF | LEGAL NEWS |
| 04/07/2020 | P1 | AF | POVERTY AFFIDAVIT, FILED |
| 04/07/2020 | N/A | SF | CASE FILED |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.

Copyright © 2020 PROWARE. All Rights Reserved. 1.1.235