# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **JEFFREY BROWN**, | ) | **CASE NO.:  CV-20-931724** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGE NANCY FUERST** |
| **CITY OF EAST CLEVELAND,** *et al.,* | ) | |
| | ) | |
| Defendant. | ) | |

---

## NOTICE OF FILING OF NOTICE OF REMOVAL

---

Willa Hemmons, Esq.  
Director of Law  
City of East Cleveland  
14340 Euclid Avenue  
East Cleveland, Ohio 44112  
216- 681-2169 phone  
216- 681-2199 fax  
whemmons@eastcleveland.org  
Attorney for the City of East Cleveland

Jeffrey Brown  
*Pro se*  
21 Lexington  
Euclid, Ohio 44143

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE, that pursuant to 28 U.S.C. § 1332 and 1441, on this the 22nd day of May, 2020, a Notice of Removal was filed in the United States District Court for the Northern District, Eastern Division of Ohio, a copy of which is attached hereto, and that said matter shall proceed hereafter in the United States District Court for the Northern District, Eastern Division of Ohio.

        Respectfully submitted,
        **CITY OF EAST CLEVELAND**

        */s/ Willa M. Hemmons*
        **WILLA M HEMMONS (0041790)**
        Director of Law
        14340 Euclid Avenue
        East Cleveland, Ohio 44112
        (216) 681-2393 (office)
        (216) 681-2199 (facsimile)
        whemmons@eastcleveland.org

        *Attorney for City of East Cleveland*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of May, 2020 the foregoing *Notice of Filing of Notice of Removal* has been filed with this Court and that by operation of the Court's automatic notification system a copy of this filing may be accessed by all registered parties.

*/s/ Willa M. Hemmons*
**WILLA M HEMMONS (0041790)**
Director of Law

*Attorney for City of East Cleveland*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY BROWN** | ) | **CASE NO.:** |
| | ) | |
| Plaintiff, | ) | **JUDGE:** |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF EAST CLEVELAND,** *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| , | ) | **NOTICE OF REMOVAL** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO**

1.  On April 1, 2020, Plaintiff Jeffrey Brown filed an original Complaint against the City of East Cleveland, *et al.* in Cuyahoga County Ohio Common Pleas Court, Case No. 20-931724.

2.  On April 22, 2020, City of East Cleveland, *et al.* received a service copy of Plaintiffs Complaint Exhibit A.

3.  On May 5, 2020 Defendants filed a Motion to Dismiss or in Alternative Summary Judgment.

4.  **WHEREFORE,** Defendants, pray that the case presently pending in the Cuyahoga County Common Pleas Court be removed to this Court and proceed herein according to law.

Respectfully submitted,

**CITY OF EAST CLEVELAND**

*/s/ Willa M. Hemmons*
**WILLA M HEMMONS (0041790)**
Director of Law
14340 Euclid Avenue
East Cleveland, Ohio 44112
(216) 681-2393 (office)
(216) 681-2199 (facsimile)
whemmons@eastcleveland.org

*Attorney for Defendant City of East Cleveland, the East Cleveland Police Department and East Cleveland Police Officer Mark Allen*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of May, 2020 the foregoing *Notice of Removal* was filed with this Court; and that by operation of the Court's automatic notification system a copy of this filing may be accessed by all registered parties. The undersigned further certifies that a true and accurate copy of the foregoing Notice of Removal has on this 22nd May, 2020 been served by regular, U.S. mail, postage prepaid upon the following parties:

    Jeffrey Brown
    21 Lexington Square
    Euclid, Ohio 44143

*/s/ Willa M. Hemmons*
**WILLA M HEMMONS (0041790)**
Director of Law